C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52917.

Nov. 16, 1972.

Application denied. An evidentiary hearing was held. A review of it shows that the application has no merit.

■

268 So.2d 256

STATE of Louisiana ex rel.
Joseph MOSES

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52899.

Nov. 16, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction. The evidentiary hearing held reveals that applicant did not sustain the burden of proof.

■

268 So.2d 256

W. C. BRADFORD et al.

v.

CITY OF SHREVEPORT.

No. 52871.

Nov. 16, 1972.

Writ refused. The case having been remanded for further proceedings, the judgment is not final.